JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>Plaintiffs,<br><br>v.<br><br>VAPOR CORP., a Delaware Corporation, and DOES 1-5, Inclusive,<br><br>Defendant. | Case No. CV14-9267-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |
| AND RELATED COUNTERCLAIMS | |

111971-0003.0001/128711178.1

1 In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant Vapor Corp. ("Vapor"), the Court hereby ORDERS as follows:

 1. All claims and counterclaims between Fontem and Vapor in Case No. CV14-9267 shall be dismissed without prejudice.
 2. Fontem and Vapor shall each bear its own fees and costs.
 3. The Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement between Fontem and Vapor.

**IT IS SO ORDERED**.

DATED: December 18, 2015

_____
GEORGE H. WU,
United States District Judge